**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
**JAMES MADISON PROJECT**, *et al.*,          )
                                                        )
                           **Plaintiffs,**          )
                                                        )
             **v.**                                      )          **No. 1:17-cv-00144-APM**
                                                        )
**DEPARTMENT OF JUSTICE**, *et al.*,          )
                                                        )
                           **Defendants.**        )
_____)

## JOINT STATUS REPORT

1. Plaintiffs James Madison Project and Josh Gerstein seek an order in this action under

the Freedom of Information Act (FOIA), 5 U.S.C. § 552, requiring defendants Department of

Justice, Central Intelligence Agency, Office of the Director of National Intelligence, and

Department of Defense to produce the following records:

> (1) the two page "synopsis" [allegedly] provided by the U.S. Government
> to President Trump with respect to allegations that Russian Government
> operatives had compromising personal and financial information about
> President Trump; (2) final determinations regarding the accuracy (or lack
> thereof) of any of the individual factual claims listed in the [alleged] two
> page synopsis; and (3) investigative files relied upon in reaching the final
> determinations referenced in category #2.

1st Am. Compl., ECF No. 7, ¶ 14 & Prayer ¶ 1.

2. Defendants consider the existence or nonexistence of the records sought by plaintiffs

to be a fact that falls within a FOIA exemption.  They therefore can neither confirm nor deny the

existence of any such records.

3. Plaintiffs formerly sought an order in this action requiring defendants to process on an

expedited basis their requests for records.  ECF No. 7, Prayer ¶ 1.  Plaintiffs no longer seek such

an order.

4.  The parties agree that this case can be adjudicated on cross motions for summary judgment and propose the following schedule for those motions: (a) defendants shall file their motion for summary judgment on or before May 30, 2017; (b) plaintiffs shall file their cross motion for summary judgment and opposition to defendants' motion on or before June 30, 2017; (c) defendants shall file a combined reply in support of their motion and opposition to plaintiffs' cross motion on or before July 31, 2017; (d) and plaintiffs shall file a reply in support of their cross motion on or before August 14, 2017.

Respectfully submitted,

s/ *Bradley P. Moss* (by email authorization)
Bradley P. Moss, DC Bar 975905
Mark S. Zaid, DC Bar 440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C.  20036
Tel: (202) 454-2089/Fax: (202) 330-5610
Email: Brad@MarkZaid.com
Attorneys for Plaintiffs

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Room 7200
Washington, D.C.  20529
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: April 5, 2017                          Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2017, I served the within joint status report on all counsel of record by filing it with the Court by means of its ECF system.

s/ *David M. Glass*