**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-144 (APM) |
| DEPARTMENT OF JUSTICE, et al., | * * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUPPLEMENTAL INFORMATION

The Plaintiffs, The James Madison Project and Josh Gerstein ("Plaintiffs"), respectfully submit to this Court for consideration the following official disclosure of material information made public by the President of the United States this morning.

> Workers of firm involved with the *discredited* and *Fake* Dossier take the 5th. Who paid for it, Russia, the FBI or the Dems (or all)?

*https://twitter.com/realDonaldTrump/status/920981920787386368* (last accessed October 19, 2017)(emphasis added).

This new official disclosure of information by President Donald Trump ("President Trump") directly implicates a critical question at issue in this litigation, namely whether there has been an official acknowledgment by the U.S. Government that the allegations contained in the two-page synopsis of the "Steele Dossier" have been vetted for accuracy. Dkt. #17 at 5, 12-13 (filed August 7, 2017); Dkt. #22 at 2, 5-6 (filed September 25, 2017). President Trump's official disclosure identifies the

"Steele Dossier" itself as "discredited" and "fake", thereby acknowledging that some type of effort was conducted to investigate the accuracy of the claims originally made in the "Steele Dossier" (portions of which were memorialized in the two-page synopsis).

Words matter, especially when they are issued by the current occupant of the Office of the President of the United States. President Trump has proclaimed publicly that the allegations in the "Steele Dossier" have been discredited. Assuming in good faith that President Trump is not making false statements or speaking on matters regarding which he does not have personal knowledge in his official capacity as President, his tweet this morning qualifies as official disclosure of the fact that there has been some means by which the allegations were "discredited".

At a minimum, this new official acknowledgment by President Trump reinforces the Plaintiffs' argument that there have been sufficient official disclosures of information to render inappropriate, as a matter of law, the Glomar responses issued by the defendant agencies with respect to any records memorializing an investigation into the accuracy of the two-page synopsis.

Date: October 19, 2017

                              Respectfully submitted,

                                  /s/
                            _____
                            Bradley P. Moss, Esq.
                            D.C. Bar #975905
                            Mark S. Zaid, Esq.
                            D.C. Bar #440532
                            Mark S. Zaid, P.C.
                            1250 Connecticut Avenue, N.W.
                            Suite 200
                            Washington, D.C. 20036
                            Brad@MarkZaid.com
                            Mark@MarkZaid.com

                            Attorneys for the Plaintiffs