# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-144 (APM) |
| DEPARTMENT OF JUSTICE, et al., | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND NOTICE OF SUPPLEMENTAL INFORMATION

The Plaintiffs, The James Madison Project and Josh Gerstein ("Plaintiffs"), respectfully submit to this Court for consideration the following official disclosure of material information made public by the President of the United States yesterday.

> Officials behind the *now discredited* "Dossier" plead the Fifth. Justice Department and/or FBI should immediately release who paid for it.

*https://twitter.com/realDonaldTrump/status/921828280998744066* (last accessed October 19, 2017)(emphasis added).

The President's newest official disclosure speaks for itself. President Donald Trump ("President Trump") has yet again made an official disclosure of information that is relevant and material to this litigation, namely whether there has been an official acknowledgment by the U.S. Government that the allegations contained in the two-page synopsis of the "Steele Dossier" have been vetted for accuracy. Dkt. #17 at 5, 12-13 (filed August 7, 2017); Dkt. #22 at 2, 5-6 (filed September 25, 2017). President Trump's

official disclosure again identifies the "Steele Dossier" itself (portions of which were memorialized in the two-page synopsis) as "discredited".

In this newest tweet, President Trump also instructed the Department of Justice and/or the Federal Bureau of Investigation to publicly release the identity or identities of the financier(s) of the "Steele Dossier". It borders on axiomatic that the only way in which the U.S. Government would have such information is if there had in fact been some type of investigation into the credibility and legitimacy of the "Steele Dossier"

At a minimum, this new official acknowledgment by President Trump once again reinforces the Plaintiffs' argument that there have been sufficient official disclosures of information to render inappropriate, as a matter of law, the Glomar responses issued by the defendant agencies with respect to any records memorializing an investigation into the accuracy of the two-page synopsis.

Date: October 22, 2017

                                              Respectfully submitted,

                                                    /s/
                                         _____

                                         Bradley P. Moss, Esq.
                                         D.C. Bar #975905
                                         Mark S. Zaid, Esq.
                                         D.C. Bar #440532
                                         Mark S. Zaid, P.C.
                                         1250 Connecticut Avenue, N.W.
                                         Suite 200
                                         Washington, D.C.  20036
                                         Brad@MarkZaid.com
                                         Mark@MarkZaid.com

                                         Attorneys for the Plaintiffs