**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., Plaintiffs, | * | |
| v. | * | Civil Action No. 17-144 (APM) |
| DEPARTMENT OF JUSTICE, et al., Defendants. | * | |

* * * * * * * * * * * * * *

**NOTICE OF SUPPLEMENTAL INFORMATION**

The Plaintiffs, The James Madison Project and Josh Gerstein ("Plaintiffs"), respectfully submit to this Court for consideration the following official disclosure of material information made public by the President of the United States in an interview with Sharyl Attkisson of Full Measure that aired on November 5, 2017.

The relevant excerpt is below, with the material information highlighted in italics.

> Sharyl: On Russia, nobody admitted it during the campaign that we now know it was the Hillary Clinton campaign that funded that so-called dossier that had all the negative information that's unproven about you apparently in an attempt to affect the election. It was given to the FBI. What do you make of that?
>
> President Trump: Well I think it's terrible I think it's despicable the amount of money that I hear being thrown around is ridiculous. Somebody said that this guy Steele that wrote it and we'll figure that out eventually that he paid money to the Russians. And frankly, if that was, in fact, Russia involved they don't like me very much just the opposite of what people were saying. And you know I have said over the last period of time the last person they want is me because I want a strong, strong military which I've proven in many ways and that was part of my campaign. And I also want lower oil prices and lots of oil which is not good for Russia. So I would think I would be the last one. *But when you look at that horrible dossier which is a total phony fake deal like so much of the news that I read when you look at that and take a look at what's gone on with that and the kind of money we're talking about it is a disgrace.*

*http://fullmeasure.news/news/politics/trump-on-the-russian-investigation* (last accessed November 5, 2017).

Similar to the official disclosures of information the Plaintiffs have highlighted in recent supplemental notices, see Dkt. #23 (filed October 19, 2017); Dkt. #24 (filed October 22, 2017); Dkt. #26 (filed November 1, 2017), this new official disclosure of information by President Donald Trump directly implicates a critical question at issue in this litigation, namely whether there has been an official acknowledgment by the U.S. Government that the allegations contained in the two-page synopsis of the "Steele Dossier" have been vetted for accuracy.

The Plaintiffs respectfully request that this Court incorporate this additional information into the record, and consider it when the parties appear again before this Court on November 17, 2017, for oral arguments.

Date: November 5, 2017

Respectfully submitted,

/s/
__________________________

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs