# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES MADISON PROJECT, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-00144-APM |
| DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE REGARDING RECUSAL

Defendants Department of Justice, Central Intelligence Agency, Office of the Director of National Intelligence, and Department of Defense hereby give notice that they do not intend to move for the recusal of the Court based on the matters raised by the Court on November 2, 2017.

      Respectfully submitted,

      CHAD A. READLER
      Acting Assistant Attorney General

      JESSIE K. LIU
      United States Attorney

      ELIZABETH J. SHAPIRO
      Deputy Director

      s/ *David M. Glass*
      DAVID M. GLASS, DC Bar 544549
      Senior Trial Counsel
      Department of Justice, Civil Division
      20 Massachusetts Ave., N.W., Room 7200
      Washington, D.C. 20529
      Tel: (202) 514-4469/Fax: (202) 616-8470
      E-mail: david.glass@usdoj.gov

Dated: November 7, 2017      Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2017, I served the within notice on all counsel of record by filing it with the Court by means of its ECF system.

                                                        s/ *David M. Glass*