**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES MADISON PROJECT**, *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **No. 1:17-cv-00144-APM** |
| | ) | |
| **DEPARTMENT OF JUSTICE**, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANTS' STATUS REPORT**

1.  Item 1 of plaintiffs' FOIA request seeks "[t]he two-page 'synopsis' [allegedly] provided by the U.S. Government to President-Elect Trump with respect to allegations that Russian Government operatives had compromising personal and financial information about President- Elect Trump." ECF No. 49 at 3. The Federal Bureau of Investigation (FBI) produced to plaintiff the record to which Item 1 refers on December 14, 2018, with redactions pursuant to FOIA Exemptions 1, 3, 7(A), 7(D), and 7(E).

2.  Items 2 and 3 of plaintiffs' FOIA request seek "[f]inal determinations regarding the accuracy (or lack thereof) of any of the individual factual claims listed in the two page synopsis" and "[i]nvestigative files relied upon in reaching the final determinations referenced in [Item 2]." ECF No. 49 at 3. The FBI advises that it has completed its search for records responsive to Items 2 and 3 and has found no responsive records.

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

s/ *David M. Glass*

DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8460
E-mail: david.glass@usdoj.gov
Dated: December 14, 2018                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that I served the within report on all counsel of record by filing it with the Court

by means of its ECF system on December 14, 2018.

s/ *David M. Glass*