UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-144 (APM) |
| DEPARTMENT OF JUSTICE, et al., | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF CONCESSION

NOW COME the plaintiffs, The James Madison Project and Josh Gerstein, by and through undersigned counsel, to notify the Court that – upon review and consideration of defendant FBI's Motion for Summary Judgment, Dkt. #55-1 (filed February 15, 2019) – they hereby concede the FBI's Motion.

Date: March 8, 2019

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs