# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 18-5014**  **September Term, 2018**

**1:17-cv-00144-APM**

**Filed On: May 16, 2019** [1788117]

James Madison Project and Josh Gerstein,

    Appellants

  v.

United States Department of Justice, et al.,

    Appellees

## M A N D A T E

In accordance with the order of May 16, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

Link to the order filed May 16, 2019

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-5014**                                      **September Term, 2018**

1:17-cv-00144-APM

Filed On:  May 16, 2019

James Madison Project and Josh Gerstein,

    Appellants

  v.

United States Department of Justice, et al.,

    Appellees

## O R D E R

Upon consideration of appellants' notice of voluntary dismissal of this appeal, it is

**ORDERED** that this case be dismissed.  The parties are relieved of the obligation to file motions to govern future proceedings in this case.

The Clerk is directed to issue the mandate forthwith to the district court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:    /s/
             Lynda M. Flippin
             Deputy Clerk