# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:17-cv-00144-APM |
| DEPARTMENT OF JUSTICE, *et al.*, ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be, and it hereby is, dismissed with prejudice.

Dated: July 8, 2019

*s/ Bradley P. Moss* (by email authorization)
Bradley P. Moss, DC Bar 975905
Mark S. Zaid, DC Bar 440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 907-7945
Email: Brad@MarkZaid.com
Attorneys for Plaintiffs

Dated: July 8, 2019

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8460
E-mail: david.glass@usdoj.gov
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that I served the within stipulation on all counsel of record by filing it with the Court by means of its ECF system on July 8, 2019.

s/ *David M. Glass*
